

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

PRIORITY SEND

CIVIL MINUTES -- GENERAL

Case No.   **CV 07-3094-JFW (Ex)**                                         Date: August 29, 2007

Title:   Cari Garrison -v- Aetna Life Insurance Company, et al.

---

**PRESENT:**

HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

| Shannon Reilly | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**   **ATTORNEYS PRESENT FOR DEFENDANTS:**
None                                     None

**PROCEEDINGS (IN CHAMBERS):**

The Court has reviewed the parties' Joint Rule 26(f) Report and finds that a Scheduling Conference is not necessary. The Scheduling Conference currently on calendar for **September 10, 2007** at 8:30 a.m. is hereby vacated and the matter taken off calendar. The Court has filed its Scheduling and Case Management Order and the Order/Referral to ADR Pilot Program (ADR-12) ordering the action to a private mediator for a Local Civil Rule 16-15 Settlement Conference. Any unserved DOE defendants are dismissed at this time.

Absent an agreed upon statement of facts, the Court will not hear motions for summary judgment in ERISA benefit recovery actions, but will hear motions to determine the scope of the administrative record. *See Kearney v. Standard Insurance Co.*, 175 F.3d 1084, 1094-95 & n.4 (9th Cir. 1999). Consistent with ERISA's policy of minimizing litigation expenses while providing prompt and fair claims settlement procedures, the Court hereby waives the ordinary pretrial requirements and instead establishes the following pretrial procedures and dates:

File Administrative Record:                                                December 18, 2007[1]

---

[1]   To assist the Court in its review of the Administrative Record, at the time of filing the Administrative Record, the filing party shall prepare and submit as a courtesy copy to the Court, a copy of the Administrative Record in chronological order with all duplicate documents removed This courtesy copy of the Administrative Record shall be placed in a slant D-ring binder and all documents contained in the binder shall be three hole punched with the oversized 13/32" hole size, not the standard 9/32" hole size.

| | |
|---|---|
| Last day for hearing Motion for Summary Judgment: | January 21, 2008[2/] |
| File Opening Trial Briefs and Joint Glossary of Medical Terms | February 12, 2007[3/] |
| File Responsive Trial Briefs: | February 19, 2007 |
| File and Exchange Proposed Findings of Fact and Conclusions of Law: | February 12, 2007 |
| File and serve Underlined Findings of Fact and Conclusions of Law: | February 19, 2007 |
| Trial: | February 26, 2007 |

Trial will begin at 8:30 a.m. Opening Trial Briefs and briefs in support of and in opposition to motions shall not exceed 25 pages. Responsive Trial Briefs and replies shall not exceed 13 pages. Only in rare instances and for good cause shown will the Court grant an application to extend these page limitations.

IT IS SO ORDERED.

The Clerk shall serve a copy of this Minute Order on all parties to this action.

---

[2/]     Only applicable if the parties agree to: (1) a joint statement of facts; (2) the standard of review; and (3) the contents of the administrative record  The parties need not file Trial Briefs if they agree that the case may be disposed of through a motion for summary judgment.

[3/]     The parties shall prepare and file a joint glossary of all relevant medical terms with definitions of each term. In the unlikely event that the parties are unable to agree on the definition of any medical term, the parties shall file a joint statement setting forth each party's proposed definition with citation to authority and/or the source of their definition.

S:\JFW\CIVIL CASES\Garrison, Cari ADR 7-3094\Vacate Sched Conf - Issue CMO ERISA wpd
(Rev. 4/18/07)                                                                                                    Initials of Deputy Clerk __sr__