FRANK N. DARRAS #128904
Email: fdarras@sbd-law.com
LISSA A. MARTINEZ #206994
Email: lmartinez@sbd-law.com
SHERNOFF BIDART & DARRAS, LLP
3257 East Guasti Road, Suite 300
Ontario, CA 91761
Telephone: (909) 390-3770
Facsimile: (909) 974-2121

Attorneys for Plaintiff
CARI GARRISON

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARI GARRISON,<br><br>Plaintiff,<br><br>vs.<br><br>AETNA LIFE INSURANCE COMPANY; THE BOEING COMPANY EMPLOYEE HEALTH AND WELFARE BENEFIT PLAN,<br><br>Defendants. | Case No.: CV07-3094 JFW(Ex)<br><br>**EXHIBIT BINDER IN SUPPORT OF PLAINTIFF'S OPENING TRIAL BRIEF; TABLE OF CONTENTS**<br><br>Judge:   Hon. John F. Walter<br>Date:    February 26, 2008<br>Time:    8:30 am<br>Ctrm:    16 |

## TABLE OF CONTENTS

| EXHIBIT | DESCRIPTION |
|---------|-------------|
| A | Aetna Group Life and Long Term Disability Insurance Policy GP-728777 [AET 1-45][1] |
| B | Claim Forms/Work History [AET 49, 56, 58, 72-73, 245-255] |
| C | Autobiography [AET 456-460] |
| D | Attending Physician's Statements [AET 67-68, 101-102, 198-200] |
| E | Return to Work Plans [AET 115, 125, 196] |
| F | STD approval letters dated February 3, 2004 and June 18, 2004 [AET 52-54, 69-70] |
| G | LTD review letter dated June 17, 2004 [83-84] |
| H | LTD/ Life WOP approval letters dated July 10, 2004 [AET 76-81] |
| I | LTD/ Life WOP denial letters dated July 5, 2006 [AET 353-358] |
| J | Letter regarding IME dated June 13, 2006 [AET 348] |
| K | LTD appeal denial letter dated February 9, 2007 [AET 434-436] |
| L | IME Report dated May 16, 2006 [AET 304-316, 347] |
| M | Surveillance Reports – May 2006 [AET 317-331] |
| N | Appeal letter dated December 28, 2006 [AET 437-454] |
| O | IME Response dated January 3, 2007 [AET 414-415] |
| P | Employability Analysis dated December 28, 2006 [AET 589-594] |
| Q | Medical Records [AET 107-112, 117-118, 120, 133, 138, 142-143, 145-146, 153-154, 185, 191, 197, 201-202, 244, 256, 512-540] |
| R | Pharmacy Records [AET 541-569] |
| S | Medical Record Review dated February 6, 2007 [AET 420-422] |

---

[1] Page references are to the Administrative Record previously lodged with the Court.

EXHIBIT BINDER IN SUPPORT OF PLAINTIFF'S OPENING TRIAL BRIEF / TABLE OF CONTENTS

| EXHIBIT | DESCRIPTION |
|---------|-------------|
| T | Notepad Maintenance Entries [AET 666, 689-693, 698-702, 719-720, 728-729, 771, 796-798, 866, 905, 915, 930, 943] |
| U | Deposition of Ghassan Bahnam, M.D. taken on January 4, 2008 |

DATED: February 12, 2008

SHERNOFF BIDART & DARRAS, LLP

FRANK N. DARRAS
LISSA A. MARTINEZ
Attorneys for Plaintiff
CARI GARRISON

Garrison v. Aetna
Case No: CV07-3094 JFW(Ex)

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF SAN BERNARDINO**

I am employed in the county of San Bernardino, State of California. I am over the age of 18 and not a party to the within action; my business address is: 3257 East Guasti Road, Suite 300, Ontario, California 91761.

On **February 12, 2008**, I served the foregoing document described as:

**EXHIBIT BINDER IN SUPPORT OF PLAINTIFF'S OPENING TRIAL BRIEF; TABLE OF CONTENTS**

on all interested parties in this action by placing [ ] the original [ x ] a true copy thereof enclosed in sealed envelopes addressed as follows:

Ronald K. Alberts, Esq.
Shannon L. Victor, Esq.
GORDON & REES
633 W. 5th Street, Ste. 4900
Los Angeles, CA 90071
Phone: (213) 576-5000
Fax: (213) 680-4470

Attorneys for Defendants: AETNA LIFE INSURANCE COMPANY and THE BOEING COMPANY EMPLOYEE HEALTH AND WELFARE BENEFIT PLAN

[ x ] BY MAIL
   I caused such envelope to be deposited in the mail at Ontario, California. The envelope was mailed with postage thereon fully prepaid. I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing. It is deposited with U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date deposit for mailing in affidavit.

[ ] BY PERSONAL SERVICE
   I caused to be delivered by hand to the above-listed addressees or to the addressees on the list attached hereto. A proof of service executed by the delivery person will be mailed under separate cover.

[ ] BY OVERNIGHT MAIL/COURIER
   To expedite the delivery of the above-named document, said document was sent via overnight courier for next day delivery to the above-listed party.

[ ] BY FACSIMILE ("FAX")
   In addition to the manner of proof of service indicated above, a copy was sent by FAX to the above-listed party.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. I declare under penalty of perjury under the laws of California that the above is true and correct.

Executed on **February 12, 2008**, at Ontario, California.

Catherine Carvalho