```
THA1        I   Add, Update, NextNote (NN), PrevNote (PN), Inquiry
$ALJ                    NOTEPAD MAINTENANCE                    05-16-2007
SSN: 474645009      Name: CARRIE      M GARRISON
Creation Date: 05-06-2004   Creation Time: 13:29:11      Proc ID: LTL PB
CMD: (D=Delete, I=Insert)                           LINES 1 TO 14 OF 125
    ....+....1....+....2....+....3....+....4....+....5....+....6....+....7..
 _   TCT EE - CALLING TO VERIFY RTW PLANS - EE SAID THAT DR EXTEND TO 6-7
 _   AND WANTS HER OUT EVEN LONGER BUT SAID SHE COULD DO PART TIME WITH
 _   RESTRICTIONS AFTER THAT - EE JOB REQ TRAVEL AND 14 HR DAYS- STILL HAS
 _   TO WEAR ROBOTIC BRACE 4 HOURS A DAY AND SO SHE CAN NOT BE AROUND
 _   COMPUTERS
 _
 _
 _
 _
 _
 _
 _
 _
 _

    F1=HLP F4=PRMPT F7=BKWD F8=FWD F9=RTRV F12=CNCL
```

000242    EXHIBIT    T

AET 0666

```
THA1        I  Add, Update, NextNote (NN), PrevNote (PN), Inquiry
$ALJ                     NOTEPAD MAINTENANCE                    05-16-2007

SSN: 474645009      Name: CARRIE    M GARRISON
Creation Date: 06-17-2004    Creation Time: 19:32:43        Proc ID: AVF PA
CMD: (D=Delete, I=Insert)                                   LINES 1 TO 14 OF 125
    ....+....1....+....2....+....3....+....4....+....5....+....6....+....7..
_   SPOKE WITH CLAIMANT. CONDUCTED INITIAL TELEPHONE CONTACT FOR LTD.
_   EXPLAINED REVIEW PROCESS AND THAT LETTER WAS SENT TODAY W/ SEVERAL
_   FORMS FOR LTD. EXPLAINED CLAIM STILL IN STD AND WE'RE WAITING ON
_   GETTING SOME INFO FROM DR. DENNIS. CLAIMANT IS IN AQUA PT 3X'S A WEEK,
_   THOUGH SHE DOES HER OWN EXCERCISES AT HOME SO SHE IS REALLY DOING
_   DAILY PT. AQUA PT WAS EXTENDED ON LAST DR. VISIT 6-8-04 FOR ANOTHER 6
_   WEEKS. SHE FEELS THAT SHE IS JUST NOW GETTING TO WHERE SHE WAS PRIOR TO
_   SURGERY IN WHICH SHE WAS ONLY ABLE TO STAND FOR WALK FOR UP TO 30
_   MINUTES AT THE MOST. CLAIMANT HAD BEEN OVERLY OPPTIMISTIC AND EXPECTED
_   THAT SHE WOULD BE SO MUCH BETTER BY NOW.  SHE SAID IN 2001 SHE HAD A
_   MICRODISECTOMY AND WENT BACK TO WORK IN 3 WEEKS. DOCTORS AND PT HAVE
_   ADVISED HER THAT WITH THE FUSION, CADAVER BONE, AND "TONS OF HARDWARE"
_   IT'S NORMAL THAT IT WILL TAKE LONGER FOR RECEOVERY FROM THIS SURGERY.
_   CLAIMANT STATED THAT SHE HAD LOTS OF SCREWS, PLATES AND TITANIUM IN *PF8


F1=HLP F4=PRMPT F7=BKWD F8=FWD F9=RTRV F12=CNCL
```

000243

EXHIBIT    T

AET 0689

```
THA1        I   Add, Update, NextNote (NN), PrevNote (PN), Inquiry
$ALJ                      NOTEPAD MAINTENANCE                    05-16-2007
SSN: 474645009      Name: CARRIE      M GARRISON
Creation Date: 06-17-2004   Creation Time: 19:32:43
CMD: (D=Delete, I=Insert)                        Proc ID: AVF PA
                                                 LINES 15 TO 28 OF 125
     ....+....1....+....2....+....3....+....4....+....5....+....6....+....7..
_    HR. THE SURGERY WAS DONE THROUGH THE FRONT AND BACK. DOCTORS WENT IN
_    THROUGH THE FRONT WITH CADIVER, AND HARVESTED MARROW. SAID THEY "MIX IT
_    ALL UP AND PUT IT IN TO GROW" NERVE ON HER LEFT LEG HAD TO BE STRETCHED
_    QUITE A BIT TO FIT WHICH DR'S THINK IS ONE REASON FOR HER CONTINUED LEG
_    PAIN, THAT GOES ALL THE WAY DOWN HER LEFT LEG.  CLAIMANT IS NOW 3/4"
_    TALLER THAN BEFORE SUREGERY. SURGERY ALSO CONSISTED OF GOING IN THROUGH
_    HER BACK (SHE HAS A 13' INCISION) WHERE THE DOCTORS "GET THE NERVES
_    THAT WERE ALL SQUISHED TOGETHER" STRAITENED OUT AND THEY PUT IN 3 ROWS
_    OF SCREWS. PROVIDERS HAVE ADVISED HER THAT MUSCLES AND NERVES ARE THE
_    LAST TO GROW, AND THEY DID A LOT OF WORK STRETCHING AND STRAITENING
_    THESE. CLAIMANT'S NEXT APPT IS ON 7-8-04 W/ NEUROLOGIST DR. ROBERT
_    JOHNSON IN COSTA MESA. THIS WILL BE HER FIRST APPT W/ HIM AND THAT WAS
_    THE EARLIEST DATE AVAILABLE. CLAIMANT CONTINUES TO WEAR ROBOTIC BRACE
_    THROUGH 7-29-04 AND THEY DON'T THINK SHE WILL HAVE TO WEAR IT *PF8

F1=HLP F4=PRMPT F7=BKWD F8=FWD F9=RTRV F12=CNCL
```

EXHIBIT    T

AET 0690

```
THA1          I  Add, Update, NextNote (NN), PrevNote (PN), Inquiry
$ALJ                        NOTEPAD MAINTENANCE                    05-16-2007
SSN: 474645009      Name: CARRIE      M GARRISON
Creation Date: 06-17-2004   Creation Time: 19:32:43       Proc ID: AVF PA
CMD: (D=Delete, I=Insert)                                 LINES 29 TO 42 OF 125
    ....+....1....+....2....+....3....+....4....+....5....+....6....+....7..
_   AFTER THAT. IT SITMULATES BONE GROWTH FOR HER CADAVER BONE. SHE HAS TO
_   WEAR THE BRACE FOR 4 HOURS A DAY. IT DOES NOT HAVE TO BE ALL AT ONCE,
_   BUT HAS TO BE FOR AT LEAST 1 HOUR AT A TIME. CLAIMANT PREFERS TO JUST
_   WEAR IT ALL AT ONCE, SHE EVEN WEARS IT TO PT. SHE CAN NOT WEAR IT WHILE
_   SLEEPING AS IT IS TOO UNCOMFORTABLE. SHE HAS NOT BEEN ALBE TO DO
_   ANYTHING PREVIOUSLY AND IS JUST STARTING TO INCREASE HER ACTIVITIES A
_   LITTLE. YESTERDAY SHE TRIED GOING TO A STORE TO SHOP FOR FATHERS DAY
_   AND SHE SET OFF THE ALARMS AT THE ENTRANCE TO THE STORE.CLAIMANT IS
_   ABLE TO CARE FOR HERSELF AND CAN COOK, CLEAN, SHOP, DO LAUNDRY.... BUT
_   SHE FATIGUES EASILY AND HAS TO BE ABLE TO CHANGE POSITION EVERY 1/2
_   HOUR. SHE CAN NOT DO A REAL GROCERY SHOP, SHE CAN ONLY GO AND PICK UP A
_   FEW THINGS AT A TIME. AFTER HER P/T SHE PRETTY MUCH "CRASHES AND BURNS"
_   AS IT EXHAUSTS HER WHICH DOES NOT LEAVE HER MUCH TIME FOR DAILY
_   ACTIVITIES SUCH AS SHOPPING. HER HUSBAND HELPS OUT A LOT, AND SHE *PF8

F1=HLP F4=PRMPT F7=BKWD F8=FWD F9=RTRV F12=CNCL
```

EXHIBIT    T

AET 0691

```
THA1        I  Add, Update, NextNote (NN), PrevNote (PN), Inquiry
$ALJ                     NOTEPAD MAINTENANCE                      05-16-2007

SSN: 474645009       Name: CARRIE     M GARRISON
Creation Date: 06-17-2004    Creation Time: 19:32:43        Proc ID: AVF PA
CMD: (D=Delete, I=Insert)                                   LINES 43 TO 56 OF 125
     ....+....1....+....2....+....3....+....4....+....5....+....6....+....7..
 _   HAS NO DEPENDENT CHILDREN. SHE IS CURRENTLY RECIEVING CALI STATE
 _   DISABILITY INCOME AND HAS NOT APPLIED FOR SSDI. DISCUSSED HOW SSDI
 _   WORKS AND POTENTIAL REQUIREMENT TO APPLY IF CLAIM ROLLS TO LTD.
 _   CLAIMANT THOUGHT SHE WAS DOING A LOT BETTER BUT IN THE LAST FEW WEEKS
 _   SHE'S HAD INCREASED LEG PAIN WHICH DR'S THINK IS DUE TO INCREASED
 _   ACTIVITY LEVEL. SHE CTAKES NEURONTIN 3X'S A DAY AND WAS ADVISED SHE
 _   WILL LIKELY BE ON THIS FOR SOME TIME. SHE TAKES A MUSCLE RELAXER AT
 _   BEDTIME AND VICODINE AS NEEDED. CLAIMANT HAS A HARD TIME STAYING IN ANY
 _   ONE POSITION FOR VERY LONG. HER BEST POSITION IS "LEANING" SHE EXPLAINS
 _   THAT THEY HAVE CREATED A SPOT ON THE COUCH W/ PILLOWS THAT ALLOWS HER
 _   TO BE A LEANING POSITION. IT'S HARD TO SLEEP AS INCISION ON BOTH FRONT
 _   AND BACK CAUSES PAIN WHEN SHIFTING POSITION AT NIGHT. SLEEPING ON HER
 _   SIDE IS IMPOSSIBLE SHE SAYS, AND SHE HAS SLOWELY GOTTEN USED TO
 _   SLEEPING ON HER BACK. SHE IS HAVING A HARD TIME WITH LIFE ADJUSTMENT*PF8


F1=HLP F4=PRMPT F7=BKWD F8=FWD F9=RTRV F12=CNCL
```

EXHIBIT    T

AET 0692

```
THA1        I   Add, Update, NextNote (NN), PrevNote (PN), Inquiry
$ALJ                        NOTEPAD MAINTENANCE                    05-16-2007
SSN: 474645009     Name: CARRIE     M GARRISON
Creation Date: 06-17-2004   Creation Time: 19:32:43    Proc ID: AVF PA
CMD: (D=Delete, I=Insert)                              LINES 57 TO 70 OF 125
    ....+....1....+....2....+....3....+....4....+....5....+....6....+....7..
_   HER OWN OCC REQUIRED, "GO, GO, GO...." SHE WOULD WORK 14 HOUR DAYS AND
_   ON HER LAST PROJECT SHE WORKED 7 MONTHS W/O A DAY OFF AND WOULD HAVE
_   FOOD BROUGHT IN FOR HER. HER OCC REQUIRED A LOT OF TRAVEL AS WELL.
_   CLAIMANT HAS ADVISED HER SUPERVISOR THAT WHEN SHE IS ABLE TO RTW SHE
_   IS NOT GOING TO BE ABLE TO TRAVEL AS MUCH DUE TO LUGGAGE ISSUE. HER
_   BOSS IS VERY SUPPORTIVE AND HAS SAID THAT THEY CAN WORK SOMETHING OUT.
_   HER DR HAS ADVISED THAT SHE'S LIKELY HAVING A BRIN CHEMICAL CHANGE AS
_   HER BODY IS CURRENTLY OPPERATING AT ABOUT 30% OF HER NORMAL NATURAL
_   FUNCTIONING WHICH CAN LEAD TO DEPRESSION AND CAN EFFECT THE PAIN
_   RECEPTORS. THANKED CLAIMANT FOR HER TIME. SHE WILL LOOK FOR LTD PENDING
_   LETTER AND COMPLETE FORMS WHEN RECEIVED.
_
_
_
_


F1=HLP F4=PRMPT F7=BKWD F8=FWD F9=RTRV F12=CNCL
```

EXHIBIT     T

000247

AET 0693

```
THA1          I  Add, Update, NextNote (NN), PrevNote (PN), Inquiry
$ALJ                          NOTEPAD MAINTENANCE                     05-16-2007
SSN: 474645009        Name: CARRIE      M GARRISON
Creation Date: 06-21-2004  Creation Time: 13:03:03      Proc ID: AVF PA
CMD: (D=Delete, I=Insert)                               LINES 1 TO 14 OF 125
    ....+....1....+....2....+....3....+....4....+....5....+....6....+....7..
_   CLAIMANT'S OCC (PER PDAW DATED 2-13-04) REQURIES CONSTANT SITTING,
_   OCCASIONAL STAND, WALK AND LIFTING UP TO 20 LBS OCCASIONALY (LIGHT
_   LEVEL)
_
_
_
_
_
_
_
_
_
_
_

    F1=HLP F4=PRMPT F7=BKWD F8=FWD F9=RTRV F12=CNCL
```

000248

EXHIBIT  T

AET 0698

```
THA1         I  Add, Update, NextNote (NN), PrevNote (PN), Inquiry
$ALJ                       NOTEPAD MAINTENANCE                    05-16-2007
SSN: 474645009     Name: CARRIE     M GARRISON
Creation Date: 06-22-2004  Creation Time: 20:13:42     Proc ID: AVF PA
CMD: (D=Delete, I=Insert)                             LINES 1 TO 14 OF 125
      ....+....1....+....2....+....3....+....4....+....5....+....6....+....7..
 _         **** INITIAL LTD / POST TRIAGE / SOAP
 _    S:
 _    PAIN, FATIGUE, (TPC 6-17-04)
 _    O:
 _    51 Y/O SUPPLY MANAGEMENT DIRECTOR CEASED WORK W/ DX OF DDD, RADICULITIS,
 _    SPONDYLOLISTHESIS, WHO UNDERWENT SURGERY 1-29-04 (APS 6-8-04) THAT
 _    INVOLVED GOING IN THROUGH THE FRONT AND THE BACK, PLACEMENT OF CADAVER
 _    BONE AND MUCH HARDWARE (TPC 6-17-04). CLASS 5 P/I LEVEL, TO SOON TO
 _    PREDICT PROGNOSIS, ESTIMATED RTW DATE 8-10-04 (APS 6-8-04). CLAIMANT
 _    CURRENTLY IN AQUA PHYSICAL THERAPY 3X'S A WEEK FOR 6 MORE WEEKS, AND
 _    DOES HER OWN DAILY EXERCISES AT HOME ON OFF PT DAYS, CLAIMANT HAS A 1ST
 _    APPT WITH A NEUROLOGIST ON 7-8-04   (TPC 6-17-04).  HEWITT/STD APP INFO:
 _    DLW: 1-28-04,  DCI: 1-29-04, STD EFF DATE: 1-28-04, STD EOB: 7-28-04. 26
 _    WEEK WAIT FOR LTD. LTD EFF: 7-29-04;  LTD INSURANCE EFF DATE 1-1-99 *PF8

F1=HLP F4=PRMPT F7=BKWD F8=FWD F9=RTRV F12=CNCL
```

EXHIBIT    T

AET 0699

```
THA1          I  Add, Update, NextNote (NN), PrevNote (PN), Inquiry
$ALJ                         NOTEPAD MAINTENANCE                      05-16-2007

SSN: 474645009        Name: CARRIE    M GARRISON
Creation Date: 06-22-2004    Creation Time: 20:13:42        Proc ID: AVF PA
CMD: (D=Delete, I=Insert)                                   LINES 15 TO 28 OF 125
   ....+....1....+....2....+....3....+....4....+....5....+....6....+....7..
_  AT 50% = 00% EE CONTRIB, FICA THROUGH 7-31-04.. ORIGINAL DATE OF HIRE:
_  7-25-84= NO PREEX NECESSARY AS INSURANCE IN EFFECT OVER 2 YEAR FROM DCI
_  DATE. SALARY $138,300.00 MRBE: $11525.00, 50% BENEFIT = $5762.50
_  (REQUIRES SIGNOFF AT TEAM LEAD LEVEL). NO MMB. CALI STATE $3154.67 A
_  MONTH THROUGH 2-2-05 (370 DAYS FROM DCI  = 1 YR OF BENEFITS + 5 DAY WAIT
_  PERIOD). CLAIMANT IS MARRIED (TPC), SPOUSE DOB UNKNOWN AT THIS TIME,
_  UNKNOWN IF ANY DEPENDENTS (DIQ SENT IN INITIAL PEND LETTER DATE 6-17-04,
_  WILL UPDATE THIS INFO UPON RECEIPT). DOB: 11-15-52. LTD EOB: EOM AGE 66
_  =. 11-30-18. TC AFTER 24 MONTHS OF LTD. 24 MONTH M/N LIMITATION DOES NOT
_  APPLY TO CLAIM, AS CLAMANT HAS A PHYSICAL CONDITION AT THIS TIME.
_  OCCUPATIONAL PDAW/JD DATED 2-13-04 REVEALS OCC IN LIGHT CATEGORY
_  (CONSTANT SIT, OCCASIONAL WALK, STAND, STOOP, KNEEL, CARRY, BEND,
_  TWIST.   OCCASIONAL LIFT UP TO 20 POUNDS) CLAIMANT ADVISED OCC REQUIRES
_  LOTS OF TRAVEL. CLAIMANT IS AN EXECUTIVE AND DBO AID IS 3X ANNUAL *PF8

F1=HLP F4=PRMPT F7=BKWD F8=FWD F9=RTRV F12=CNCL
```

EXHIBIT T

AET 0700

```
THA1        I  Add, Update, NextNote (NN), PrevNote (PN), Inquiry
$ALJ                       NOTEPAD MAINTENANCE                    05-16-2007
SSN: 474645009      Name: CARRIE      M GARRISON
Creation Date: 06-22-2004   Creation Time: 20:13:42      Proc ID: AVF PA
CMD: (D=Delete, I=Insert)                               LINES 29 TO 42 OF 125
   ....+....1....+....2....+....3....+....4....+....5....+....6....+....7..
_   SALARY = $415,000.00 (REQUIRES SIGNOFF/APPROVAL BY DBO-AID MANAGER)
_   A:
_   CLAIMANT UNDERWENT A SIGNIFICANT SURGERY AND IS ONLY NOW STARTING TO
_   INCREASE HER ACTIVITIES. W/ INCREASED ACTIVITY SHE HAS HAD A RESULTANT
_   INCREASE IN LEG PAIN. SHE CAN NOT STAY IN ANY ONE POSITION FOR GREATER
_   THAN 30 MINUTES AT A TIME, AND HER BEST POSITION IS "LEANING". RN REVIEW
_   FOR STD ON 6-18-04 CONCLUDED THAT SEVERITY OF DX, SURGICAL PROCEDURES
_   AND EXTENSIVE REHAB WOULD LIKELY HAVE CLAIMANT OUT THROUGH STD EOB AND
_   LIKELY INTO LTD. REVIEW IN TRIAGE ON 6-21-04 CONCURRED WITH ASSESSMENT
_   AND FOUND DR'S RTW DATE 8-10-04 REASONABLE, IF NOT LONGER AS CLAIMANT
_   MAY HAVE TO HAVE A SUBSEQUENT SURGERY FOR HARDWARE REMOVAL. CLAIMANT'S
_   LTD EFF DATE IS 7-29-04, AND REVIEW OF DOCUMENTATION SUPPORTS THAT LTD
_   WILL BE APPROVED.
_   P:                                                              *PF8


F1=HLP F4=PRMPT F7=BKWD F8=FWD F9=RTRV F12=CNCL
```

EXHIBIT    T

AET 0701

```
THA1        I  Add, Update, NextNote (NN), PrevNote (PN), Inquiry
$ALJ                      NOTEPAD MAINTENANCE                    05-16-2007

SSN: 474645009      Name: CARRIE     M GARRISON
Creation Date: 06-22-2004   Creation Time: 20:13:42      Proc ID: AVF PA
CMD: (D=Delete, I=Insert)                          LINES 43 TO 56 OF 125
    ....+....1....+....2....+....3....+....4....+....5....+....6....+....7..
_   WILL PEND LTD CLAIM FOR FORMS SENT IN INITIAL LTD PEND LETTER TO INCLUDE
_   REIMBURSEMENT AGREEMENT. UPON RECEIPT, WILL APPROVE LTD, MAKE CLAIM
_   PLAN, AND HAVE TEAM LEAD SIGN OFF ON BENEFIT AUTH AMOUNT. SENT DBO AID
_   BENEFIT AMOUNT FOR AUTHORIZATION TODAY AND WILL F/U FOR RECEIPT.
_
_   _____
_   _____
_   _____
_   _____
_   _____
_   _____
_   _____
_   _____
_   _____
_   _____


F1=HLP F4=PRMPT F7=BKWD F8=FWD F9=RTRV F12=CNCL
```

000252     EXHIBIT  1

AET 0702

```
THA1       I   Add, Update, NextNote (NN), PrevNote (PN), Inquiry
$ALJ                        NOTEPAD MAINTENANCE                    05-16-2007

SSN: 474645009       Name: CARRIE    M GARRISON
Creation Date: 09-14-2004   Creation Time: 14:42:42      Proc ID: ELG PC
CMD: (D=Delete, I=Insert)                             LINES 1 TO 14 OF 125
         ....+....1....+....2....+....3....+....4....+....5....+....6....+....7..
_   INITIAL REHAB REVIEW
_   S: ESTIMATED RTW OWN OCCUPATION/ANY OCCUPATION: UNKNOWN
_   O: AGE: 51 Y/O
_   SEX: FEMALE
_   DIAGNOSIS: DDD, RADICULITIS,SPONDYLOLISTHESIS,
_   TREATMENTS: WHO UNDERWENT SURGERY 1-29-2004 (APS
_   FUNCTIONAL CAPACITY: UNKNOWN
_   JOB TITLE AT ER AND CORRESPONDING OCCUPATION: SUPPLY MANAGEMENT DIRECTOR
_   SALARY AT TIME OF DISABILITY: 11525.00
_   LENGTH OF TIME W/ER: UNKNOWN
_   PHYSICAL DEMANDS: LIGHT
_   JOB ACCOMMODATIONS AVAILABLE: UNKNOWN
_   TEST CHANGE DATE: 07-29-2006
_   REASONABLE WAGE (% AND HOURLY):N/A                                      F8


F1=HLP F4=PRMPT F7=BKWD F8=FWD F9=RTRV F12=CNCL
```

000253

EXHIBIT    T

AET 0719

```
THA1        I  Add, Update, NextNote (NN), PrevNote (PN), Inquiry
$ALJ                        NOTEPAD MAINTENANCE                    05-16-2007

SSN: 474645009        Name: CARRIE      M GARRISON
Creation Date: 09-14-2004   Creation Time: 14:42:42      Proc ID: ELG PC
CMD: (D=Delete, I=Insert)                                LINES 15 TO 28 OF 125
     ....+....1....+....2....+....3....+....4....+....5....+....6....+....7..
 _   REHAB (MANDATORY OR VOLUNTARY):VOLUNTARY
 _   OFFSET PER POLICY:N/A
 _   SPENDING APPROVAL REQUIRED?N/A
 _   SPENDING LIMIT AMOUNT?N/A
 _   WORK HISTORY/EDUCATION (IF AVAILABLE):NOT AVAILABLE
 _   A:
 _   P: ACTION PLAN/NEXT STEPS: CONTACT ER AND REQUEST ACCOMMODATIONS FOR
 _   GRAD RTW FOR AP APPROVAL.
 _
 _
 _
 _
 _
 _


F1=HLP F4=PRMPT F7=BKWD F8=FWD F9=RTRV F12=CNCL
```

000254

EXHIBIT  T

AET 0720

```
THA1          I   Add, Update, NextNote (NN), PrevNote (PN), Inquiry
$ALJ                   NOTEPAD MAINTENANCE                        05-16-2007
SSN: 474645009        Name: CARRIE   M GARRISON
Creation Date: 09-14-2004   Creation Time: 15:17:41      Proc ID: ELG PC
CMD: (D=Delete, I=Insert)                                 LINES 1 TO 14 OF 125
    ....+....1....+....2....+....3....+....4....+....5....+....6....+....7..
 _  REHAB ONGOING REVIEW
 _  S: N/A
 _  O: CALL TO:  STEVE MARION  714-896-8895
 _  A: REASON FOR FOLLOW UP: DETERMINE IF ACCOMMODATIONS ARE AVAILABLE AND
 _  DEVELOP RTW PLAN FOR AP CONSIDERATION AND APPROVAL.
 _  RESULTS OF FOLLOW UP: TCF BOEING SUPERINTENDENT, STATED THAT
 _  ACCOMMODATIONS ARE CERTAINLY AVAILABLE IN ANY CAPACITY AS EE IS A
 _  DEPERTMENT DIRECTOR.  SHE WAS NOT DOING ANY TRAVELING PRIOR TO LOA, AND
 _  WOULD CONTINUE WITH NO TRAVEL, NO LIFTING, OR ANY ACTIVITY THAT WOULD
 _  AGGRIVATE HER CONDITION. ER VERY EAGER TO GET EE BACK TO WORK ASAP.
 _  MARION INFORMED VRC THAT HEARD EE WAS DOING VERY WELL IN RECOVERY AND
 _  WAS GOING TO HAVE SOME UNRELATED SURGERY IN OCTOBER. (POSSIBLE
 _  HYSTERECTOMY), OTHERWISE, JOB TASKS ARE HER OWN OFFICE ONSITE WITH
 _  OFFICE SUPPORT.VRC WILL INFORM ER AS TO ERTW WHEN APPROPRIATE.   NOTE


F1=HLP F4=PRMPT F7=BKWD F8=FWD F9=RTRV F12=CNCL
```

000255

EXHIBIT  T

AET 0728

```
THA1        I   Add, Update, NextNote (NN), PrevNote (PN), Inquiry
$ALJ                    NOTEPAD MAINTENANCE                       05-16-2007

SSN: 474645009        Name: CARRIE      M GARRISON
Creation Date: 10-14-2004   Creation Time: 18:13:26      Proc ID: PTL PA
CMD: (D=Delete, I=Insert)                           LINES 1 TO 14 OF 125
    ....+....1....+....2....+....3....+....4....+....5....+....6....+....7..
_   REC'D OIO
_   S/  CLMT REPORTS SHE IS RECEIVING CA SDI 728.00 PER WEEK
_   O/ NONE
_   A/P OFFSET HAS BEEN ENTERED.
_
_
_
_
_
_
_
_
_
_


F1=HLP F4=PRMPT F7=BKWD F8=FWD F9=RTRV F12=CNCL
```

000256

EXHIBIT 1

AET 0729

```
THA1          I   Add, Update, NextNote (NN), PrevNote (PN), Inquiry
$ALJ                       NOTEPAD MAINTENANCE                    05-16-2007
SSN: 474645009      Name: CARRIE     M GARRISON
Creation Date: 06-06-2005   Creation Time: 10:57:33      Proc ID: TIA PL
CMD: (D=Delete, I=Insert)                              LINES 1 TO 14 OF 125
     ....+....1....+....2....+....3....+....4....+....5....+....6....+....7..
_    90 CALL TO CLMNT~
_    CALLED CLMNT FOR PURPOSE OF TPC AND TO F/U RTW PLANS. SHE STATED THAT
_    SHE WAS INVOLVED IN A CAR ACCIDENT ON 04/18/05 AND NOW SUFFERING FROM
_    WHIPLASH.  SHE SAID THAT SHE HAS FILED A CLAIM HOWEVER NO BENEFITS HAVE
_    BEEN PAID AS SHE HAS NOT SETTLED ON THE MEDICAL BILLS YET.  SHE STATED
_    THAT SHE IS NOT SCHEDULED TO SEE HER AP UNTIL 07/22/05 HOWEVER HER LOA
_    ENDS ON 06/30/05.  I ADVISED HER THAT WE HAVE SENT A GRADUATED RTW PLAN
_    TO HER AP ON 05/31/05 AND HAVE NOT RECEIVED A RESPONSE.  I ADVISED HER
_    THAT ER IS WILLING TO ACCOMODATE IN A GRADUATED RTW PLAN HOWEVER WE
_    NEED A RESPONSE FROM HER AP.  SHE WILL CALL THEM TODAY TO ADVISE
_    COMPLETION NEEDED AND TO GET AN EARLIER APPT.
_
_
_

F1=HLP F4=PRMPT F7=BKWD F8=FWD F9=RTRV F12=CNCL
```

000257                      EXHIBIT    T

AET 0771

```
THA1        I  Add, Update, NextNote (NN), PrevNote (PN), Inquiry
$ALJ                     NOTEPAD MAINTENANCE                    05-16-2007

SSN: 474645009      Name: CARRIE     M GARRISON
Creation Date: 10-31-2005   Creation Time: 12:45:09    Proc ID: NXD S2
CMD: (D=Delete, I=Insert)                              LINES 1 TO 14 OF 125
      ....+....1....+....2....+....3....+....4....+....5....+....6....+....7..
  _   CLAIMANT INTERVIEW
  _   S: EE REPORTED THAT LOV W/ DR DENNIS WAS 09-23-05.  SHE WILL BEGIN 6
  _   WEEKS OF ADDITIONAL PT TOMORROW.  PT WILL BE 2XWEEK FOR 3HRS/DAY.  EE
  _   WAS IN MVA AND HAD WHIPLASH AND CLAVICAL INJURY.  SHE REPORTED THAT THIS
  _   HAS REALLY SET BACK HER BACK PT AND THAT HER AP IS WORRIED THAT ALL THE
  _   WORK SHE'S DONE FOR HER BACK IS LOST DUE TO PAST SEVERAL MONTHS.  AP HAS
  _   REQUESTED PILATES TO BE DONE DURING PT WHICH IS SUPPOSED TO HELP BUILD
  _   UP HER STRENGTH AGAIN.  HER WHIPLASH IS GETTING BETTER.  SHE HASN'T
  _   SETTLED HER MVA YET AND MAY DO SO AFTER PT IS COMPLETED THIS TIME.  SHE
  _   PREFERS TO GET IT OVER W/ BUT ISN'T SURE IF SHE SHOULD BE WAITING UNTIL
  _   AFTER PT TO START SETTLEMENT.  HER MEDS ARE NEURONTIN, NAPROSYN, VALIUM.
  _   HER DAILY ACTIVITIES ARE LIMITED BY HER ABILITY TO PUSH HERSELF.  SHE
  _   CAN DO A LOT BUT CAN'T DO A LOT AT ONE TIME AND NEEDS BREAKS TO COMPLETE
  _   ACTIVITIES.  FOR EXAMPLE, IF SHE HAS PT, SHE WON'T PLAN ON DOING


    F1=HLP F4=PRMPT F7=BKWD F8=FWD F9=RTRV F12=CNCL
```

000258                    EXHIBIT    I

**AET 0796**

```
THA1        I  Add, Update, NextNote (NN), PrevNote (PN), Inquiry
$ALJ                            NOTEPAD MAINTENANCE                    05-16-2007

SSN: 474645009        Name: CARRIE     M GARRISON
Creation Date: 10-31-2005    Creation Time: 12:45:09      Proc ID: NXD S2
CMD: (D=Delete, I=Insert)                                 LINES 15 TO 28 OF 125
.....+....1....+....2....+....3....+....4....+....5....+....6....+....7..
    ANYTHING ELSE THAT DAY.  SHE CAN DRIVE JUST NOT FOR LONG DISTANCES.  HER
_   AP DISCUSSED POSSIBLE PART TIME RTW BUT THAT SHE WOULD NEVER BE ABLE TO
_   WORK 40 HOURS.  AND IF SHE COULD FIND JOB WORKING 20 HOURS/WEEK WHERE
_   SHE COULD SWITCH POSITIONS REGULARLY THAT WOULD BE IDEAL.  ADVISED THAT
_   WE HAVE ATTEMPTED TO WORK W/ AP BEFORE TO SET UP GRADUAL RTW PLAN TO
_   BUILD UP TO FULL TIME.  EE DOESN'T THINK THAT SHE WOULD EVER BE ABLE TO
_   WORK FULL TIME AGAIN.  SBE REPORTED THAT SHE SPENDS ABOUT  1 ½ - 2 HOURS
_   EVERY DAY DOING EXERCISES AT HOME AND SHE DOESN'T FORESEE A TIME WHEN
_   SHE WOULD BE ABLE TO STOP THIS.  EE STATED THAT SHE WOULD HAVE AP SEND
_   IN APS ASAP.  SHE ALREADY FAXED IT TO HIM.  EE REPORTED THAT SHE WOULD
_   FAX POF IN ALSO.  SHE HAS NOT HEARD ANY UPDATE SINCE SHE HAD TELEPHONE
_   INTERVIEW.
_   O: NA
_   A; EE NOT RECEIVING ANY OTHER INCOME AT THIS TIME.  EE MAY BE RELEASED


F1=HLP  F4=PRMPT  F7=BKWD  F8=FWD  F9=RTRV  F12=CNCL
```

EXHIBIT   T

AET 0797

```
THA1        I  Add, Update, NextNote (NN), PrevNote (PN), Inquiry
$ALJ                        NOTEPAD MAINTENANCE                   05-16-2007

SSN: 474645009        Name: CARRIE     M GARRISON
Creation Date: 10-31-2005    Creation Time: 12:45:09    Proc ID: NXD S2
CMD: (D=Delete, I=Insert)                               LINES 29 TO 42 OF 125
     ....+....1....+....2....+....3....+....4....+....5....+....6....+....7..
_    TO WORKING PART TIME HOURS.  WILL REVIEW APS WHEN RECEIVED AND IF
_    APPROPRIATE REFER TO VRC.  IF EE NOT RELEASED TO RTW, MAY NEED TO OBTAIN
_    RECORDS TO DETERMINE EE'S FUNCTIONALITY.
_    P: RESET 90 DAY CALL DIARY, OTHER INCOME F/U DIARY.  WILL SET DIARY TO
_    REVIEW APS AND REFER TO VRC.
_    _____
_    _____
_    _____
_    _____
_    _____
_    _____
_    _____
_    _____
_    _____


F1=HLP F4=PRMPT F7=BKWD F8=FWD F9=RTRV F12=CNCL
```

000260

EXHIBIT   T

AET 0798

```
THA1        I  Add, Update, NextNote (NN), PrevNote (PN), Inquiry
$ALJ                    NOTEPAD MAINTENANCE                     05-16-2007
SSN: 474645009        Name: CARRIE    M GARRISON
Creation Date: 04-10-2006   Creation Time: 17:39:40      Proc ID: NXD S2
CMD: (D=Delete, I=Insert)                           LINES 1 TO 14 OF 125
    ....+....1....+....2....+....3....+....4....+....5....+....6....+....7..
  _ IME SCHEDULED
  _ S: NA
  _ O:
  _ FROM: KRISTINE LAYMAN [MAILTO:KRISTINEL@NMRCO.COM]
  _ SENT: MONDAY, APRIL 10, 2006 2:30 PM
  _ TO: CRAIGMILES, NICOLE A
  _ SUBJECT: C. GARRISON PLEASE CONFIRM
  _ MS CRAIGMILES
  _ ELITE PHYSICIANS HAS SCHEDULED AN IME FOR MS. GARRISON ON MAY 3, 2006 AT
  _ :30AM.
  _ SHE MUST BRING ALL FILMS.   THE FACILITY IS LOCATED AT
  _ DR. MITCHELL COHEN
  _ 17752 BEACH BLVD
  _ SUITE 103


F1=HLP F4=PRMPT F7=BKWD F8=FWD F9=RTRV F12=CNCL
```

000261

EXHIBIT T

AET 0866

```
THA1        I  Add, Update, NextNote (NN), PrevNote (PN), Inquiry
$ALJ               NOTEPAD MAINTENANCE                          05-16-2007
SSN: 474645009        Name: CARRIE      M GARRISON
Creation Date: 06-13-2006   Creation Time: 14:30:48      Proc ID: NXD S2
CMD: (D=Delete, I=Insert)                                LINES 15 TO 28 OF 125
     ....+....1....+....2....+....3....+....4....+....5....+....6....+....7..
_    CALL ER TO ASSESS MODIFICATIONS TO WORK STATION, JOB FUNCTIONS OR WORK
_    SCHEDULE NEEDED TO ACCOMMODATE CLIENT'S CAPABILITIES.
_    (      ) OWN OCC EVALUATION (SEE CONTRACT)
_    ASSESS IF A CLMT IS ABLE TO PERFORM THE MATERIAL DUTIES OF THEIR OWN
_    OCCUPATION.
_    ( X   ) T/C EVALUATIONS (SEE CONTRACT)
_    TO ASSESS IF THE EE'S CONTINUES TO MEET THE DEFINITION OF DISABILITY.
_    COMMENT:  EE'S OWN OCCUPATION IS CONSIDERED LIGHT IN GENERAL ECONOMY.
_    RECENT MD REVIEW SUPPORT THAT EE WOULD BE CAPABLE OF PERFORMING
_    SEDENTARY OCCUPATION W/ ABILITY TO CHANGE POSITION AT WILL TO AVOID
_    PROLONGED SITTING, STANDING, WALKING.  BASED ON IME AND RMD REVIEW.
_    TASK/DIARY DATE FOR RH F/U:     ELG
_
_
_

F1=HLP F4=PRMPT F7=BKWD F8=FWD F9=RTRV F12=CNCL
```

000262

EXHIBIT T

AET 0905

```
THA1          I   Add, Update, NextNote (NN), PrevNote (PN), Inquiry
$ALJ                        NOTEPAD MAINTENANCE                    05-16-2007
SSN: 474645009         Name: CARRIE      M GARRISON
Creation Date: 06-23-2006    Creation Time: 13:15:05        Proc ID: NXD S2
CMD: (D=Delete, I=Insert)                                   LINES 1 TO 14 OF 125
    ....+....1....+....2....+....3....+....4....+....5....+....6....+....7..
  _  *** AMENDMENT TO R/LS AS OUTLINED BY RMD ***
  _  AFTER REVIEW OF EE'S JOB/OCC, IT WAS DETERMINED THAT TRAVEL WAS PART OF
  _  EE'S DESCRIPTION.  AS TRAVEL WOULD BE IN THE LIGHT PHYSICAL DEMAND
  _  CATEGORY AND EE RESTRICTED TO SEDENTARY PER IME AND RMD, WOULD NEED TO
  _  ADD RESTRICTION OF NO TRAVEL TO EE'S CAPABILITIES AND LIMITATIONS.
  _  WILL FWD TO VRC AS AMENDMENT
  _
  _
  _
  _
  _
  _
  _
  _


F1=HLP F4=PRMPT F7=BKWD F8=FWD F9=RTRV F12=CNCL
```

000263

EXHIBIT     T

**AET 0915**

```
THA1        I  Add, Update, NextNote (NN), PrevNote (PN), Inquiry
$ALJ                        NOTEPAD MAINTENANCE                    05-16-2007
```

---

```
SSN: 474645009        Name: CARRIE    M GARRISON
Creation Date: 06-29-2006   Creation Time: 12:27:01     Proc ID: NXD S2
CMD: (D=Delete, I=Insert)                               LINES 113 TO 125 OF 12
     ....+....1....+....2....+....3....+....4....+....5....+....6....+....7..
  _  AND BE PERFORMED WITH NO TRAVELING.  EE'S SUPERVISOR HAS REPORTED THAT
  _  PRIOR TO EE'S DISABILITY CLAIM, EE WAS PERFORMING OWN JOB IN THE
  _  SEDENTARY CAPACITY AND HAD NOT BEEN TRAVELING.  SUPERVISOR REPORTED THAT
  _  ER IS WILLING TO CONTINUE TO PROVIDE ACCOMMODATIONS TO SEDENTARY
  _  ACTIVITY INCLUDING NO TRAVELING.  AS VRC HAS REPORTED THAT EE'S OWN OCC
  _  IN GENERAL ECONOMY IS SEDENTARY AND ER IS WILLING TO ACCOMMODATE EE'S
  _  JOB TO SEDENTARY CAPACITY, AND EE HAS MEDICALLY BEEN FOUND TO BE CAPABLE
  _  OF PERFORMING SEDENTARY WORK, I RECOMMEND TERMINATION OF CLAIM EFFECTIVE
  _  06-29-06 BASED ON EE NOT MEETING DEFINITION OF DISABILITY FROM
  _  PERFORMING OWN OCC AND OWN JOB.
  _  P:
  _  REFER FOR CONCURRENCE
  _
  _
```

```
F1=HLP F4=PRMPT F7=BKWD F8=FWD F9=RTRV F12=CNCL
```

EXHIBIT    T

AET 0930

```
THA1        I   Add, Update, NextNote (NN), PrevNote (PN), Inquiry
$ALJ                        NOTEPAD MAINTENANCE                    05-16-2007

SSN: 474645009       Name: CARRIE      M GARRISON
Creation Date: 07-11-2006   Creation Time: 15:37:58       Proc ID: NXD S2
CMD: (D=Delete, I=Insert)                                  LINES 1 TO 14 OF 125
        ....+....1....+....2....+....3....+....4....+....5....+....6....+....7..
 _   TCF EE,  DISCUSSED CLAIM TERMINATION W/ EE.  EE REPORTED THAT SHE DID
 _   NOT THINK THAT SHE COULD WORK OWN OCC WORKING 16 HOURS DAYS AND
 _   TRAVELING/FLYING.  ADVISED OWN OCC DID NOT REQUIRE TRAVELING AND IN
 _   GENERAL ECONOMY OWN OCC IS SEDENTARY.  ALSO ADVISED THAT WE CONTACTED
 _   ER AND CONFIRMED THAT EE WAS NOT TRAVELING AND WORKING SED DEMANDS
 _   PRIOR TO GOING OUT ON CLAIM.  EE STATED THAT THIS WAS NOT TRUE.
 _   ADVISED THAT VRC CONTACTED STEVE MARION, BUT ALSO STATED THAT SINCE OWN
 _   OCC AND ER REPORT OF ACCOMODATIONS, EE DOES NOT MEET THE DEF OF
 _   DISABILITY.  DISCUSSED APPEAL RIGHTS AND PROCESS.  EE REPORTED SHE
 _   DID NOT RECEIVE TERM LETTER ONLY OVP LETTER.  EE REPORTED THAT SHE
 _   MOVED LAST WEEK.  ADVISED I WOULD SEND LETTER TO NEW ADDRESS.  CONFIRMED
 _   NEW PHONE/ADDRESS.  WILL DOCUMENT AND CHANGE RM.
 _
 _
 _

F1=HLP F4=PRMPT F7=BKWD F8=FWD F9=RTRV F12=CNCL
```

EXHIBIT    T

AET 0943

1                                    VOLUME I
                                     PAGES 1-71
2                                    EXHIBITS 10

3

4

5            UNITED STATES DISTRICT COURT
            CENTRAL DISTRICT OF CALIFORNIA

6                                         FEB 1 1 2008

7   CARI GARRISON,                )       ONTARIO
        Plaintiff,                )
8                                 )
    v.                            )   NO.   CV07-3094 JFW
9                                 )
    AETNA LIFE INSURANCE COMPANY; )
10  THE BOEING COMPANY EMPLOYEE   )
    HEALTH AND WELFARE BENEFIT    )
11  PLAN,                         )
        Defendants.               )

12

13

14

15            VIDEO TAPED DEPOSITION OF GHASSAN

16  BAHNAM, M.D., a deponent in the above-entitled

17  cause, taken before Tracy A. Coffman, Notary Public

18  in and for Commonwealth of Massachusetts, pursuant

19  to the Massachusetts Rules of Civil Procedure, at

20  the Offices of MES Solutions, 100 Morse Street,

21  Norwood, Massachusetts, on Friday, January 4, 2008,

22  commencing at 1:12 p.m.

23

24                      000266

EXHIBIT  U

Page 1

1    Q.    The information came in from the web and they

2          were requesting the next day turnaround?

3    A.    Yes.

4    Q.    Was that accomplished in this case?

5    A.    I am not sure.

6    Q.    Okay, and then there is some other

7          information on 5B, it looks like they're

8          looking for an orthopedic certified

9          specialist, do you see that?

10   A.    Yes.

11   Q.    And then, at the bottom, there are some

12         questions, based upon the review of the file,

13         please comment on the objective findings on

14         physical exam by the attending physicians as

15         well as from the following source as

16         applicable.  The FCE examiner, the

17         surveillance films, and diagnostic testing,

18         do you see that?

19   A.    Yes.

20   Q.    Okay, that was the charge, or the task, or

21         the service you were supposed to provide,

22         true?

23   A.    Yes.

24   Q.    Nothing from Aetna in this question about

Page 29

000267

EXHIBIT  U

1      subjective findings or subjective complaints,

2      true?

3   A.  On the referral, true.

4   Q.  Let's go ahead and then mark the invoice as

5      Exhibit 6?

6           THE COURT REPORTER:  Okay, just one

7      minute.  Okay, all set, thank you.

8           (Exhibit No. 6; so marked.)

9   Q.  Okay, the referral date on Exhibit 6 is

10     1/26/07, do you see that, right under

11     claimant.

12  A.  Yes.

13  Q.  It's 1/26/07?

14  A.  Yes.

15  Q.  The invoice is 12/19/07, was that accurate,

16     you provided the service in January, you

17     didn't bill till December?

18  A.  No, when we produced that invoice in response

19     to the subpoena, it prints out the date that

20     it was printed out.

21  Q.  Very good, for peer review services, or a

22     medical review, in this case, by an

23     orthopedic surgeon, MES billed Aetna, in the

24     Garrison case, $866.25, true?

EXHIBIT       U

000268

```
 1   A.   Yes.

 2   Q.   And Aetna was supposed to pay medical

 3        evaluation specialists, who is that?

 4   A.   It's the parent company of MES Peer Review

 5        Services.

 6   Q.   Okay, now since Dr. R. David Bauer was an

 7        orthopedic surgeon, he would have billed or

 8        you would have billed Aetna $315 an hour, and

 9        if we do the math, two hours would have been

10        $630, three hours would have been $945?

11   A.   I don't have a calculator.

12   Q.   315 times 3, $945?

13   A.   Yes.

14   Q.   So in this case, MES bills Aetna on the

15        Garrison matter for two and a half hours,

16        something less than three hours worth of time

17        by the orthopedist, correct?

18   A.   Correct.

19   Q.   How much time did Dr. Bauer bill MES for?

20   A.   I unable to answer that question.

21             MS. VICTOR:   Objection, I am

22        objecting to that.

23   Q.   How would Dr. Bauer get paid by MES, I mean,

24        I assume he gets a check, not cash, correct?
```

Page 31
000269

EXHIBIT U

1       corrections, we don't go from two pages to

2       ten pages, or from ten pages to two pages, do

3       we?

4    A.  Not at all.

5    Q.  Okay, very good, once the quality assurance

6       people have had a chance to do the things

7       you've described, where does the report go

8       next?

9    A.  It goes to Aetna.

10   Q.  Okay, and in this particular case, there

11      wasn't any further request for any further

12      work, this was the report, and that was it,

13      correct?

14   A.  To my knowledge yes.

15   Q.  Very good, let's mark the last document,

16      which will be Exhibit Number 8?

17          THE COURT REPORTER:  What is the

18      last document?

19          MR. DARRAS:  It's the document that

20      says Dr. Bauer has completed 1253 peer review

21      for MES since January 12 of '05.

22          (Exhibit No. 8; so marked.)

23          THE WITNESS:  Yes, I have

24      handwritten on that, I just changed the

Page 50

000270

EXHIBIT    U

1    number to 1261, as of 1/2/07, I had re looked

2    at the numbers and just handwritten there on

3    that document.

4           MR. DARRAS:  Okay, so you've

5    interlineated the 1253 and you've taken that

6    from January 12, 2005 to 1/2/ of '08, is that

7    correct?

8           THE WITNESS:  Yes, I wrote '07, I

9    meant to say '08, yes.

10          MR. DARRAS:  Okay, that makes

11   Number 8, madame court reporter.

12          THE COURT REPORTER:  Okay.

13   BY MR. DARRAS:

14   Q.  All right, if I look at the document, from

15       January of '05 to '06, January of '06 to '07

16       and '07 to '08, we've got Dr. Bauer doing

17       medical review services for a three year

18       timeframe, is that right, or two years, three

19       years?

20   A.  Three years, approximately.

21   Q.  Three years, okay, and in terms of that 1253,

22       based on what you have reviewed, is it a

23       stair step in terms of the number of reviews,

24       in other words, the first year is less than

000271       EXHIBIT    U

```
 1            Aetna has been billed by this one doctor, if

 2            the average is two and a half hours per case,

 3            at $315 an hour, and he has done 1253

 4            evaluations over a three year period, it's

 5            more than a million dollars on this one

 6            doctor, true?

 7    A.      We -- the invoice that you have is MES's

 8            invoice to Aetna, it's not Dr. Bauer's to

 9            Aetna.

10    Q.      I understand, but Dr. Bauer had done 1261

11            medical reviews for MES, which markets to

12            insurance companies, right?

13    A.      Yes.

14    Q.      Those were medical reviews done at an

15            insurance company's request, it's not all

16            Aetna, but some were Aetna, correct?

17    A.      Correct.

18    Q.      How many of the 1261 were Aetna medical

19            reviews?

20    A.      30 of them.

21    Q.      And of those 30, can you tell me whether

22            those were in '06, '07?

23    A.      Both in '06 and '07?

24    Q.      More in '07 than '06?
```

Page 54
000272

EXHIBIT     U

```
 1   A.   So that we do not give the impression that we

 2        are bias in any way, and to insure

 3        independence amongst all our reviewers, and

 4        reviews, and that it's spread amongst all the

 5        reviewers, or as many reviewers as possible.

 6   Q.   And in terms of the time that Dr. Bauer has

 7        been affiliated with MES since '05, did Aetna

 8        ever ask you to find out whether this

 9        gentleman had ever authored a paper review on

10        behalf of an insured like Ms. Garrison?

11   A.   I am not aware of such a request.

12   Q.   Or how much of his practice was insurance

13        company work verses work on behalf of a real

14        live patient?

15   A.   I am not aware of such a request.

16   Q.   How many LTD cases was MES retained by Aetna

17        on in '06?

18   A.   What I have in front of me, I have 116

19        reviews performed for Aetna in '06.

20   Q.   And how about in '07?

21   A.   1020, and these figures may not be totally

22        accurate, but in that vicinity.

23   Q.   Now you mentioned that in '06 you didn't

24        start until August?
```

Page 58
000273

EXHIBIT    U

ESQUIRE DEPOSITION SERVICES

```
 1    A.    Correct.

 2    Q.    So that 115 was five months?

 3    A.    Yes, I assume so, yes.

 4    Q.    And in '07, we've got a 1020, so you're

 5          averaging nearly 85 reviews a month?

 6    A.    Yes.

 7    Q.    And is there an average paper review time, as

 8          you look at the totality of these 1020

 9          reviews, I mean, I know you're going to have

10          one that is six hours, and I know you may

11          have some that are a half an hour, but

12          looking at 1100 or so reviews by Aetna in

13          your history, they average a couple of hours,

14          three hours, two hours?

15              MS. VICTOR:  Objection, calls for

16          speculation.

17    A.    I have not looked at that figure.

18    Q.    Now aside from Aetna, does your company do

19          medical review for other LTD carriers?

20    A.    Yes.

21    Q.    Can you list the top five?

22    A.    Scott, is that okay for me to list?

23              MR. ORR:  I would object if I

24          didn't want you to, go ahead.
```

000274

EXHIBIT    U

ESQUIRE DEPOSITION SERVICES
1-866-619-3925

ESQUIRE DEPOSITION SERVICES

1          MR. DARRAS:  Go ahead, doctor?

2          MR. ORR:  To the extent you know,

3    Ghassan.

4          THE WITNESS:  Sure, Prudential, Met

5    Life, Cigna, the Hartford Life, those come to

6    mind.

7    BY MR. DARRAS:

8  Q.  Okay, in terms of a 1020 reviews, is it fair

9      to say that your company does more than 7,000

10     medical reviews a year for insurance

11     companies?

12         MR. ORR:  Objection, relevance.

13         MS. VICTOR:  I concur with that

14     objection, I will join.

15  Q.  Go ahead, doctor?

16  A.  Yes, are you asking me --

17  Q.  Just your division, the medical reviews, you

18     know, if I ask you how many medical reviews

19     MES did for insurance companies in 2006, you

20     would tell me how many?

21         MR. ORR:  Same objection.

22         MS. VICTOR:  I join.

23  A.  I do not have the exact figure, but it's

24     several thousands.

EXHIBIT    U