JS-6

NOTE: CHANGES HAVE BEEN MADE TO THIS DOCUMENT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARI GARRISON,<br><br>    Plaintiff,<br><br>vs.<br><br>AETNA LIFE INSURANCE COMPANY; THE BOEING COMPANY EMPLOYEE HEALTH AND WELFARE BENEFIT PLAN,<br><br>    Defendants. | Case No.: CV07-3094 JFW(Ex)<br><br>**JUDGMENT** |

    This matter came on for court trial on March 11, 2008, the Honorable John F. Walter, District Judge Presiding.  After considering the evidence, briefs, and argument of counsel,

IT IS HEREBY ORDERED AND ADJUDGED, in accordance with the Court's Findings of Fact and Conclusions of Law entered on March 31, 2008, that:

(1) Judgment shall be entered in favor of Plaintiff Cari Garrison and against Defendants Aetna Life Insurance Company and The Boeing Company Employee Health and Welfare Benefit Plan.

(2) Aetna is ordered to pay Plaintiff's outstanding LTD benefits for the entire 30 month period covered by the "own occupation" provision of the Plan in the amount of $5,762.50, plus prejudgment at the rate of 5.17 % pursuant to 28 U.S.C. § 1961 in the amount of $527.60 from August 1, 2006 through April 15, 2008, for a total award of $6,254.10.

(3) The case is remanded to Aetna for a determination of whether Plaintiff is entitled to benefits under the "any occupation" provision of the Plan.

(4) Plaintiff may petition for attorneys' fees and costs **within 14 days** after the entry of Judgment.

Dated: April 15, 2008

_____
JOHN F. WALTER
United States District Judge